**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for EMMANUEL PHILIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EMMANUEL PHILIP,

Defendant.

No. 1:26-cr-00145-KES-EPG

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL; ORDER**

CJA Attorney Timothy Hennessy, counsel for defendant Emmanuel Philip in the above-captioned case, hereby moves this Court for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent Defendant Emmanuel Philip. This motion is based on the following facts:

1. Counsel has accepted a position as a Commissioner for the Kern County Superior Court and will no longer be practicing law once sworn in at the end of the year. Counsel will be unable to conclude representation of this matter prior to being sworn in as a commissioner.

For the above reason, present counsel requests that this Court relieve CJA Attorney Timothy Hennessy of his duties as counsel of record and that the Court appoint the Federal Defender's Office to represent Defendant Emmanuel Philip in this matter.

Dated: October 27, 2026

Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Emmanuel Philip

**ORDER**

The Court grants Attorney Timothy Hennessy's Motion to Withdraw as counsel for defendant Emanuel Philip. CJA to appoint new counsel to represent Defendant Emanuel Philip.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge