**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
EMMANUEL PHILIP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMMANUEL PHILIP,<br><br>Defendant | Case No.: 1:26-CR-00145 KES-EPG-1<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE ERICA P. GROSJEAN, AND JOSHUA BANISTER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EMMANUEL PHILIP, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference hearing currently set for Monday, November 16, 2026, at 2:00 p.m. (See ECF Doc. 11) be continued to Wednesday, February 10, 2027, at 1:00 p.m.

Defense counsel was recently appointed to represent defendant in this matter. As a result, counsel have not yet had an adequate opportunity to meet and confer with defendant regarding the facts of the case. Additional time is necessary to arrange a meeting with defendant and obtain and review the discovery materials to prepare for the proceedings. I have spoken to AUSA Joshua Banister and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 12, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
EMMANUEL PHILIP

DATED: November 12, 2026

***/s/Joshua Banister***
JOSHUA BANISTER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference hearing currently set for Monday, November 16, 2026, at 2:00 p.m. be continued to Wednesday, February 10, 2027, at 1:00 p.m.

**IT IS SO ORDERED.**

**DATED: November 13, 2026**

/s/ Erica P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**